476 A.2d 71

Commonwealth v. Grant, Appellant.

Submitted September 30, 1983.   Bernard J. Rabik, Assistant Public Defender, for

568

appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.